LOUIS GUARDINO and Another, as Administrators, etc., Respondents, v. E.

FREDERICK SHAW, SR., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before February 2, 1925. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.